Probation Form No. 35 (1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
## EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 16 2007

JAMES W. McCORMACK CLERK
By:_____
DEP CLERK

UNITED STATES OF AMERICA

v.

Crim. No. 4:91CR00149-01 SWW

LAUGHTER LEE EVANS

On March 18, 1992, the above-named individual was sentenced for the offense of, attempt to possess with intent to distribute cocaine to a prison term of 120 months, with an 8-year term of supervised release to follow. In addition, the following special conditions were ordered: the defendant is prohibited from the illegal use of any controlled substance, must submit to periodic drug testing at least once every 60 days pursuant to the Anti-Drug Abuse Act of 1988, and pay a $50 special penalty assessment.

Upon release from prison Mr. Evans began supervision on November 29, 2000. Mr. Evans has maintained employment and a stable residence for 74 months. He has not had any violations and has been compliant with all conditions imposed. Mr. Evans has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. His criminal history does not include any history of violence.

Mr. Evans meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U.S.C. § 3583 (e)(1); additionally, he has completed six years of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

Respectfully submitted,

_Audrene Ellis_

Audrene Ellis
U.S. Probation Officer

Agree: _Robert J. Govar, Criminal Chief_
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 16ᵗʰ day of February , 2007 .

Honorable Susan Webber Wright
U.S. District Judge